IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

APRIL DALLAIRE,

      Petitioner,

v.

      Case No.  5D23-1123
      LT Case No. 2022-CF-000957

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 9, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

April Dallaire, Ocala, pro se.

Ashley Moody, Attorney General Tallahassee, and Rebecca Rock McGuigan Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 20, 2023 judgment and sentence rendered in Case No. 2022-CF-

000957, in the Circuit Court in and for Hernando County, Florida.  See Fla.

R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, KILBANE,  and PRATT, JJ., concur.